UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOS ANGELES ADAME DE DIAZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-01129-CDB (SS)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 2)<br><br>**THIRTY (30) DAY DEADLINE** |

On July 28, 2023, Maria De Los Angeles Adame De Diaz ("Plaintiff"), proceeding through counsel, filed the complaint in this action. (Doc. 1). Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, Plaintiff's application demonstrates that she may be receiving income above the poverty threshold, and the information available is insufficient for the Court to determine whether she is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

/ / /

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239;

2  Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the undersigned shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 1, 2023**                                   _____
                                                              UNITED STATES MAGISTRATE JUDGE