UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOS ANGELES ADAME DE DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01129-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF''S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Plaintiff Maria De Los Angeles Adame De Diaz ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act.  (Doc. 1).

Pending before the Court is the parties' stipulated request, filed on November 22, 2023. (Doc. 15).  The parties request that Plaintiff's deadline to file a motion for summary judgment be extended from November 29, 2023, to January 29, 2024.  *Id*.

Based on the parties' representations and their agreement to the extensions, the Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file her motion for summary judgment on or before **January 29, 2024**; and

2. The timelines for the filing of a response brief and reply shall be governed by the Court's Scheduling Order.  (Doc. 7).

IT IS SO ORDERED.

Dated:   **November 22, 2023**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE